IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

GARY LEON WEBSTER                                                    PLAINTIFF
ADC #114018

v.                          No. 3:20-cv-66-DPM

MARTY BOYD, Craighead County Sheriff;
ERNEST WARD, Jonesboro Police Detective;
KAREN A. RHINEHARDT, Jonesboro Police
Officer; CHANNEL 8 TELEVISION;
SUN NEWSPAPER; DAVID TALLEY, Reporter;
ST. BERNARD'S HOSPITAL; THE CITY OF
JONESBORO; WAL-MART STORES, INC.;
and Doe                                                              DEFENDANTS

## ORDER

I recuse. The Jonesboro Sun and St. Bernard's Medical Center are on my recusal list. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 February 2020