IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GARY LEON WEBSTER**  PLAINTIFF
**ADC #114018**

v.  Case No. 3:20-cv-00066 BSM

**MARTY BOYD,** *et al*.  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of March 2020.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE